**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CQC Impact Investors LLC,[1]<br><br>       Debtor.<br><br>Tax I.D. No. No. 46-5236679 | Chapter 7<br><br>Case No. 25-_____ (__) |
| In re:<br><br>C-Quest Capital LLC,<br><br>       Debtor.<br><br>Tax I.D. No. No. 26-3456686 | Chapter 7<br><br>Case No. 25-_____ (___) |
| In re:<br><br>CQC Marketing LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 25-_____ (___) |
| In re:<br><br>Transformation Advisory LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 25-_____ (___) |
| In re:<br><br>C-Quest Capital Africa LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 25-_____ (___) |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, for those entities that have been assigned one, are CQC Impact Investors LLC (6679), C-Quest Capital LLC (6686), CQC Marketing LLC, Transformation Advisory LLC, and C-Quest Capital Africa LLC. The Debtors' headquarters is located at 1015 18th Street NW Washington, DC 20036.

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

These Global Notes regarding the above-captioned debtors (collectively, the "**Debtors**") Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.

1. The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. Except where otherwise noted, the information provided herein is presented as of February 18, 2025.

2. While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3. In reviewing and signing the Schedules and SOFAs, Roger Meltzer, the duly authorized and designated representative of the Debtors (the "**Authorized Representative**"), has necessarily relied upon the prior efforts, statements and representations of former employees and professionals of the Debtors. The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provides the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning creditors, amounts owed to creditors, and their addresses.

4. On October 2, 2024, the U.S. Attorney's Office in the Southern District of New York announced that C-Quest Capital LLC's former Chief Executive Officer, Kenneth Newcombe, was charged with wire fraud conspiracy, wire fraud, commodities fraud conspiracy, commodities fraud, securities fraud conspiracy, and securities fraud based on allegations that Mr. Newcombe was involved in a scheme that resulted in CQC Impact Investors LLC fraudulently obtaining carbon credits worth tens of millions of dollars and fraudulently securing an investment of over $100 million. On October 22, 2024, CQC Impact Investors LLC filed a complaint against Kenneth Newcombe for fraud, breach of fiduciary duty, and unjust enrichment, and that complaint includes allegations similar to those set forth by the government in its indictment against Mr. Newcombe. Commercially reasonable efforts have been made under the circumstances to provide accurate and complete information in the Schedules and SOFAs. However, due to the misconduct of Kenneth Newcombe (including as described in the indictment and complaint described above), certain information relied on in preparing the Schedules and SOFAs may not be accurate or complete.

5.  The Debtors and their past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the information that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

6.  The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers, or an admission relating to the same. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

7.  Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances. Furthermore, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or against any of the Debtors.

8.  Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed, or the amounts are listed as "undetermined," "unknown," or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

9.  At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes. In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

10. The SOFAs for CQC Impact Investors LLC ("**CQC II**") and C-Quest Capital LLC ("**CQC LLC**") identify certain asset transfers made by the Debtors to Bridge Carbon Limited ("**Bridge Carbon**") pursuant to an Asset Purchase Agreement, dated September 11, 2024, between Bridge Carbon, as Buyer, and CQC II and CQC LLC, as Sellers (the "**APA**"). Bridge Carbon is a subsidiary of Vision Ridge Partners, a privately owned company that also holds a majority of Class B common shares of CQC II. The SOFAs identify transfers of certain assets of the Debtors and equity in certain of the Debtors' subsidiaries to Bridge Carbon. The transactions and transfers under the APA involved multiple forms of consideration and were overseen on the Debtors' part by an independent director. The Debtors have not made a specific determination of the value of those assets, on an asset-by-asset basis, for purposes of the SOFAs using appropriate and relevant valuation methodologies.

11. Schedule D for CQC II lists SAF CQC Holdings Limited ("**SAF CQC**") as a secured creditor. SAF CQC is an entity owned or otherwise controlled by Vision Ridge Partners. The secured claim is based on financing of $9,000,000 provided by SAF CQC pursuant to a Secured Note Purchase Agreement, dated December 4, 2024, between SAF CQC and CQC II. The claim amount has been reduced to $7,725,000 to reflect $1,275,000 received by SAF CQC in connection with a confidential settlement agreement resolving certain claims, including a claim of CQC II that constituted collateral of SAF CQC.

12. The Debtors have used their reasonable commercial efforts to list all unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records. Schedule E/F for CQC II lists SAF CQC as an unsecured creditor. SAF CQC, through its counsel, has asserted a claim against CQC II based on alleged losses stemming from SAF CQC's investment in CQC II. SAF CQC asserted a claim for damages of no less than the $170.6 million of capital funding that SAF CQC provided to CQC II. Pursuant to the APA, as part of the purchase price for the assets acquired from CQC II and CQC LLC, SAF CQC agreed to a waiver and forgiveness of $50,000,000 of the claims asserted by SAF CQC. Based on the above and the Debtors' analysis of the claim, SAF CQC's unsecured claim is scheduled at no less than $110 million, but that claim remains unliquidated and contingent, and the Debtors reserve all rights, remedies, claims and defenses in connection with that claim.

13. The SOFA for CQC II identifies the total amount that Kobre & Kim LLP ("**K&K**"), counsel for the Debtors, received during the 90 days before filing the bankruptcy cases. During that time period, K&K received advanced payments from CQC II, which were held by K&K and applied to invoices for incurred fees and expenses. In addition, on December 4, 2024, K&K received a payment of $872,937.51 from SAF CQC for legal fees and expenses incurred in connection with K&K's representation of certain Debtors. Such payment was made pursuant to a Secured Note Purchase Agreement, dated December 4, 2024, between SAF CQC and CQC II. K&K has also received an advance payment of $35,000 from CQC II to be applied to invoices for post-petition services, including preparing for and attending meetings with, and providing information and documents as requested by the bankruptcy trustee, including at and in connection with the Section 341 meeting of creditors.

14. In response to Question 11 on the SOFA for CQC II, the Debtors have identified payments made to K&K for legal services provided in connection with the bankruptcy cases. Payment of K&K's fees for bankruptcy preparation was made together with payment for work on matters unrelated to the bankruptcy cases. K&K has made commercially reasonable efforts to accurately identify the amount of fees that it has received in connection with the bankruptcy cases. However, the actual amount may be less or greater than the amount listed.

15. The Debtors are not aware of any claim asserted by or owed to any taxing authority. However, to ensure that all potentially relevant parties receive notice of the bankruptcy cases, certain taxing authorities are listed on Schedule E/F and the creditor matrix. The Internal Revenue Service is listed on the creditor matrix and on Schedule E/F as a priority unsecured creditor for each Debtor. The DC Office of Tax and Revenue and the California Franchise Tax Board are listed as priority unsecured creditors on Schedule E/F for CQC II and CQC LLC and on the creditor matrix for those Debtors.

16. The financial and business of the Debtors are complex. The Debtors were a part of a global business structure with affiliates located in multiple jurisdictions. In the ordinary course of business, the Debtors and their affiliates made intercompany payments and prepayments for services provided to affiliates. These intercompany transfers are reflected in Schedule A/B Part 2 (Deposits and prepayments), Part 3 (Accounts receivable), and the SOFAs. Due to the liquidity constraints of the Debtors and their affiliates, the Debtors believe that any claims associated with intercompany transfers are likely to be uncollectable.

17. Certain of the Debtors are required to make prepayments from time to time with various vendors and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if prepayments are incorrectly identified.

18. Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

---

**Fill in this information to identify the case:**

Debtor name  CQC Impact Investors LLC

United States Bankruptcy Court for the: District of Delaware

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- |
   | From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☐ Other _____ | $ 0 |
   | For prior year: | From 01/01/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 0 |
   | For the year before that: | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 0 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- |
   | From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM / DD / YYYY | to Filing date | Interest from savings account | $ 121.37 |
   | For prior year: | From 01/01/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | Interest from savings account | $ 284,229.41 |
   | For the year before that: | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | Interest from savings account | $ 713,043.47 |

---

Debtor    CQC Impact Investors LLC
_____
Name

Case number (if known)_____

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- | --- |
| 3.1. | **SEE ATTACHED AT BOTTOM OF FORM** Creditor's name | _____ | $_____ | ❑ Secured debt ❑ Unsecured loan repayments ❑ Suppliers or vendors ❑ Services ❑ Other _____ |
| | Street | _____ | | |
| | City    State    ZIP Code | _____ | | |
| 3.2. | Creditor's name | | $_____ | ❑ Secured debt ❑ Unsecured loan repayments ❑ Suppliers or vendors ❑ Services ❑ Other _____ |
| | Street | | | |
| | City    State    ZIP Code | _____ | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | **SEE ATTACHED AT BOTTOM OF FORM** Insider's name | _____ | $_____ | _____ _____ _____ |
| | Street | _____ | | |
| | City    State    ZIP Code | _____ | | |
| | **Relationship to debtor** _____ | | | |
| 4.2. | Insider's name | _____ | $_____ | _____ _____ _____ |
| | Street | _____ | | |
| | City    State    ZIP Code | _____ | | |
| | **Relationship to debtor** _____ | | | |

Debtor    CQC Impact Investors LLC
_____    Case number (if known)_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | _____ | | |
| _____ City          State     ZIP Code | | | |
| 5.2. | | | |
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | _____ | | |
| _____ City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **SEE ATTACHED AT BOTTOM OF FORM** _____ | | Name _____ | ☐ Pending |
| **Case number** | | Street _____ | ☐ On appeal |
| _____ | | _____ City          State     ZIP Code | ☐ Concluded |
| 7.2. **Case title** _____ | | **Court or agency's name and address** Name _____ | ☐ Pending ☐ On appeal |
| **Case number** _____ | | Street _____ _____ City          State     ZIP Code | ☐ Concluded |

Debtor    CQC Impact Investors LLC _____    Case number *(if known)* _____
          Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | _____ | Name |
| City          State      ZIP Code | **Case number** | Street |
| | | |
| | _____ | City          State          ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| Street _____ | _____ | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| Street _____ | _____ | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

---

Debtor    CQC Impact Investors LLC
_____    Case number (if known)_____
          Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kobre & Kim LLP | | Jan. - Feb. 2025 | $ 125,000.00 |
| | **Address** | | | **SEE GLOBAL NOTES** |
| | 800 Third Avenue | | | |
| | Street | | | |
| | New York          NY      10022 | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | https://kobrekim.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

---

Debtor ___CQC Impact Investors LLC_____    Case number *(if known)*_____
Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |

Debtor      CQC Impact Investors LLC                                                          Case number (if known)_____
            Name

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

—   diagnosing or treating injury, deformity, or disease, or

—   providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____<br>_____ | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

Debtor _____CQC Impact Investors LLC_____    Case number *(if known)*_____
           Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    CQC Impact Investors LLC
_____    Case number *(if known)*_____
          Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | _____ | _____ | |
| City          State          ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    CQC Impact Investors LLC
_____    Case number (if known)_____
          Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **SEE ATTACHED AT BOTTOM OF FORM**<br>Name<br><br>Street<br><br>City    State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | Name<br><br>Street<br><br>City    State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | Name<br><br>Street<br><br>City    State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |

Debtor    CQC Impact Investors LLC _____    Case number *(if known)*_____
          Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.**  Fei Ye<br>Name<br>1015 18th Street NW<br>Street<br>Suite 730<br>Washington, DC                                    20036<br>City                        State        ZIP Code | From 01/01/2023  To Present |

| Name and address | Dates of service |
|---|---|
| **26a.2.**  _____<br>Name<br>_____<br>Street<br>_____<br>City                        State        ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.**  _____<br>Name<br>_____<br>Street<br>_____<br>City                        State        ZIP Code | From _____  To _____ |

| Name and address | Dates of service |
|---|---|
| **26b.2.**  _____<br>Name<br>_____<br>Street<br>_____<br>City                        State        ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**  Fei Ye<br>Name<br>1015 18th Street NW<br>Street<br>Suite 730<br>Washington, DC                                    20036<br>City                        State        ZIP Code | _____<br>_____<br>_____ |

---

Debtor ___CQC Impact Investors LLC_____    Case number (if known)_____
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| | |
| City                          State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                          State            ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| |
| City                          State            ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City                          State            ZIP Code |

Debtor  CQC Impact Investors LLC
_____  Case number (if known) _____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.  _____
Name
_____
Street
_____
City                              State         ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Roger Meltzer | _____ | Director | _____ |
| George Polk | _____ | Director | _____ |
| Kenneth Newcombe | _____ | Director | _____ |
| | _____ | | _____ |
| | _____ | | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jules Kortenhorst | _____ | Director | From 02/24 To 10/24 |
| | _____ | | From _____ To _____ |
| | _____ | | From _____ To _____ |
| | _____ | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **SEE ATTACHED AT BOTTOM OF FORM** | $ _____ | _____ | _____ |
| Name | | _____ | |
| _____ | | _____ | |
| Street | | | |
| _____ | | | |
| City                State       ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

Debtor    CQC Impact Investors LLC
_____
Name

Case number *(if known)*_____

| Name and address of recipient | AAmount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. | | | |

Name _____    $_____    _____    _____

Street _____                         _____

City _____ State _____ ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent cor oration |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/27/2025
    MM  / DD  / YYYY

✘ /s/ Roger Meltzer                              Printed name  Roger Meltzer
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Interim Executive Chairman

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Debtor | CQC Impact Investors LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

# ATTACHMENT FOR PART 2, QUESTION 3

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | RSM US LLP<br>Creditor's name<br>4650 East 53rd Street<br>Street<br><br>Davenport            IA        52807<br>City            State      ZIP Code | 12/19/2024 | $200,000 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2. | Rajah & Tann Singapore LLP<br>Creditor's name<br>9 Straits View #06-07<br>Street<br>Marina One West Tower<br>Singapore              018937<br>City            State      ZIP Code | 12/10/2024 | $48,496 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.3. | Crowell & Moring LLP<br>Creditor's name<br>375 Ninth Avenue<br>Street<br>Two Manhattan West<br>New York            NY        10001<br>City            State      ZIP Code | 12/20/2024 | $100,000 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.4. | Morvillo Abramowitz Grand Iason & Anello PC<br>Creditor's name<br>565 Fifth Avenue<br>Street<br><br>New York            NY        10017<br>City            State      ZIP Code | 11/22/2024 | $16,459 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.5. | Law Office of Daniel F. Wachtell<br>Creditor's name<br>90 Broad Street<br>Street<br>23rd Floor<br>New York            NY        10004<br>City            State      ZIP Code | 11/20/2024 | $30,000 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.6. | Milbank LLP<br>Creditor's name<br>55 Hudson Yards<br>Street<br><br>New York            NY        10001<br>City            State      ZIP Code | 12/04/2024 | $7,575,000 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

Debtor    CQC Impact Investors LLC
_____
        Name

Case number *(if known)*_____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

3.7.

Kobre & Kim LLP
Creditor's name

800 Third Avenue
Street
_____

New York      NY      10022
City         State      ZIP Code

Dates: 12/13/2024   01/10/2025
12/19/2024   01/17/2025
01/24/2025   12/04/2024
02/18/2025   02/06/2025
02/19/2025

Total amount or value: $ 1,423,812.51

Reasons for payment or transfer:
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

3.8.

SAF CQC Holdings LTD
Creditor's name

1 Ashely Road
Street
3rd Floor

Altricham, Cheshire    UK    WA14 2DT
City        State     ZIP Code

Dates: 01/25/2025

Total amount or value: $ 1,275,000

Reasons for payment or transfer:
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **SEE GLOBAL NOTES**

Debtor   CQC Impact Investors    Case number (if known)_____
Name

# SEE FOLLOWING PAGE FOR ATTACHMENT FOR PART 2, QUESTION 4

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

Debtor: CQC Impact Investors LLC                                            Case number (*if known*)_____

| Date | Transferor | Transferee | Reason for Payment or Transfer | Relationship to the Debtor | Total Amount or Value |
|---|---|---|---|---|---|
| 3/1/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $6,000,000.00 |
| 3/27/2024 | CQC Impact Investors LLC | Transformation Advisory LLC | Intercompany loan | Affiliate Entity | $2,000,000.00 |
| 4/11/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $3,000,000.00 |
| 4/12/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $1,000,000.00 |
| 4/18/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $500,000.00 |
| 4/25/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $1,000,000.00 |
| 5/20/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $1,500,000.00 |
| 5/29/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $1,000,000.00 |
| 6/10/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $2,000,000.00 |
| 7/1/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $1,000,000.00 |
| 7/5/2024 | CQC Impact Investors LLC | C-Quest Capital Malaysia Global Stoves Ltd | Intercompany management service payment | Affiliate Entity | $350,000.00 |
| 7/10/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $650,000.00 |
| 7/15/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $500,000.00 |
| 7/19/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $770,000.00 |
| 7/25/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $540,000.00 |
| 8/13/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $240,297.76 |
| 8/14/2024 | CQC Impact Investors LLC | C-Quest Capital Australia Pty Ltd | Intercompany management service payment | Affiliate Entity | $300,000.00 |
| 8/15/2024 | CQC Impact Investors LLC | C-Quest Capital Malaysia Global Stoves Ltd | Intercompany management service payment | Affiliate Entity | $760,000.00 |
| 8/16/2024 | CQC Impact Investors LLC | C-Quest Capital Services UK Ltd | Intercompany management service payment | Affiliate Entity | $310,000.00 |
| 8/20/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $500,000.00 |
| 8/27/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $500,000.00 |
| 9/5/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $100,000.00 |
| 9/9/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $1,195,379.72 |
| 9/24/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $1,500,000.00 |
| 9/30/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $200,000.00 |
| 10/1/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $550,000.00 |
| 10/10/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $600,000.00 |
| 10/15/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $200,000.00 |
| 10/16/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $150,000.00 |
| 10/18/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $900,000.00 |
| 11/12/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $50,000.00 |
| 11/19/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $1,500,000.00 |
| 11/20/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $250,000.00 |
| 11/20/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $1,500,000.00 |
| 12/2/2024 | CQC Impact Investors LLC | C-Quest Capital LLC | Intercompany loan | Affiliate Entity | $500,000.00 |
| 07/17/2024, 09/25/2024, 11/01/2024, 02/12/2025, 02/18/2025 | CQC Impact Investors LLC | Roger Meltzer | Services to the Company | Interim Executive Chairman | $505,000.00 |
| 10/09/2024, 11/01/2024, 11/20/2024, 11/22/2024 | CQC Impact Investors LLC | Bridge Carbon Limited | Transfer of assets pursuant to an Asset Purchase Agreement, dated September 11, 2024, between Bridge Carbon Limited, as Buyer, and CQC Impact Investors LLC and C-Quest Capital LLC, as Sellers. **(SEE GLOBAL NOTES)** | Vision Ridge Partners, a privately owned company, has an ownership interest in the transferee and holds a majority of Class B common shares of CQC Impact Investors LLC. | Undetermined **(SEE GLOBAL NOTES)** |
| 1/25/2025 | SAF CQC Holdings LTD | SAF CQC Holdings LTD | **SEE GLOBAL NOTES** | **SEE GLOBAL NOTES** | $1,275,000.00 |

| Debtor | CQC Impact Investors LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

# ATTACHMENT FOR PART 3, QUESTION 7

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Kenneth Newcombe, PhD v. CQC Impact Investors LLC | Advancement Fees and Expenses | American Arbitration Association <br> Name <br> 120 Broadway, 21st Floor <br> Street <br> New York          NY          10271 <br> City          State          ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** <br> 01-24-0006-2160 | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. CQC Impact Investors LLC v. Kenneth Newcombe | Breach of Fiduciary Duty, Unjust Enrichment | Superior Court for the District of Columbia, Civil Division <br> Name <br> 500 Indiana Avenue, N.W. Suite 5000 <br> Street <br> Washington, D.C          20001 <br> City          State          ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> 2024-CAB-006698 | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. David M. Williamson v. Kenneth Newcombe; Jason Steele; CQC Impact Investors LLC | Fraud | Superior Court for the District of Columbia, Civil Division <br> Name <br> 500 Indiana Avenue, N.W. Suite 5000 <br> Street <br> Washington, D.C          20001 <br> City          State          ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> 2024-CAB-007414 | | | |

Debtor    CQC Impact Investors LLC

Name

Case number (if known)

# ATTACHMENT FOR PART 13, QUESTION 25

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** C-Quest Capital LLC<br>Name<br>1015 18th Street NW<br>Street<br>Suite 730<br>Washington, DC          20036<br>City          State          ZIP Code | | EIN: 2  6  – 3  4  5  6  6  8  6<br><br>**Dates business existed**<br><br>From 09/29/2008  To  Present |
| **25.2.** C-Quest Capital SG Biomass Pte Limited<br>Name<br>38 Beach Road<br>Street<br>#29-11, South Beach Tower<br>Singapore          189767<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From 11/23/2021  To  10/09/2024 |
| **25.3.** C-Quest Capital SG Africa Holdings Pte Limited<br>Name<br>38 Beach Road<br>Street<br>#29-11, South Beach Tower<br>Singapore          189767<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From 09/15/2021  To  Present |
| **25.4.** C-Quest Capital SG NBS M Pte Limited<br>Name<br>38 Beach Road<br>Street<br>#29-11, South Beach Tower<br>Singapore          189767<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From 05/10/2023  To  11/22/2024 |
| **25.5.** C-Quest Capital SGT Asia Stoves Pte Limited<br>Name<br>38 Beach Road<br>Street<br>#29-11, South Beach Tower<br>Singapore          189767<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From 09/14/2021  To  Present |

Debtor    CQC Impact Investors LLC    Case number (if known) _____
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.6.   C-Quest Capital South Asia Holdings Pte Limited
        Name
        38 Beach Road
        Street
        #29-11, South Beach Tower    189767
        Singapore
        City          State          ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From 05/08/2023    To  Present

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.7.   C-Quest Capital SG LPG Pte Limited
        Name
        38 Beach Road
        Street
        #29-11, South Beach Tower
        Singapore              189767
        City          State          ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From 03/01/2023    To  Present

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.8.   C-Quest Capital Africa Fuels Holdings Pte Limited
        Name
        38 Beach Road
        Street
        #29-11, South Beach Tower
        Singapore              189767
        City          State          ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From 05/18/2023    To  Present

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.9.   C-Quest capital SG NBS GA Pte Limited
        Name
        38 Beach Road
        Street
        #29-11, South Beach Tower
        Singapore              189767
        City          State          ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From 05/10/2023    To  Present

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.10.  C-Quest SG NBS XP Pte Limited
        Name
        38 Beach Road
        Street
        #29-11, South Beach Tower
        Singapore              189767
        City          State          ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From  05/10/2023    To  Present

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.11.  C-Quest Capital SEA NBS 1 Pte Limited
        Name
        38 Beach Road
        Street
        #29-11, South Beach Tower
        Singapore              189767
        City          State          ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From 07/05/2023    To  Present

Debtor    CQC Impact Investors LLC    Case number (if known)
         Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.12. C-Quest Capital SG PH Stoves Pte Limited<br>Name<br>38 Beach Road<br>Street<br>#29-11, South Beach Tower<br><br>Singapore                189767<br>City          State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>Dates business existed<br><br>From 07/05/2023  To  Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.13. C-Quest Capital SG AH Stoves Pte Limited<br>Name<br>38 Beach Road<br>Street<br>#29-11, South Beach Tower<br><br>Singapore                189767<br>City          State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>Dates business existed<br><br>From 06/10/2022  To  Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.14. C-Quest Capital SG India Holdings Pte Limited<br>Name<br>38 Beach Road<br>Street<br>#29-11, South Beach Tower<br><br>Singapore                189767<br>City          State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>Dates business existed<br><br>From 11/23/2021  To  Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.15. C-Quest Capital I-AWD Pte Limited<br>Name<br>38 Beach Road<br>Street<br>#29-11, South Beach Tower<br><br>Singapore                189767<br>City          State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>Dates business existed<br><br>From 08/02/2022  To  Present |

# ATTACHMENT FOR PART 13, QUESTION 30

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

# SEE ATTACHMENT FOR PART 2, QUESTION 4

**Fill in this information to identify the case:**

Debtor name  CQC Impact Investors LLC _____

United States Bankruptcy Court for the: District of Delaware _____

Case number (If known): _____

❏ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals            12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................

    $ 0

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................

    $ 380,466.95

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................

    $ 380,466.95

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................

    $ 7,725,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

    $ Unknown

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

    $ 112,290,222.68

4. **Total liabilities**......................................................................................................
    Lines 2 + 3a + 3b

    $ 120,014,222.86

**Fill in this information to identify the case:**

Debtor Name _CQC Impact Investors LLC_

United States Bankruptcy Court for the: _District of Delaware_

Case number (*If known*): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 0

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. HSBC | Checking | 2  8  5  6 | $36,292.62 |
| 3.2. HSBC | Saving | 5  7  8  0 | $689.33 |

4. **Other cash equivalents** (*Identify all*)

   4.1. N/A _____   $ 0
   4.2. _____   $ _____

5. **Total of Part 1**   $ 36,981.95

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $ _____
   7.2. _____   $ _____

Debtor    CQC Impact Investors LLC_____   Case number (*if known*)_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

8.1 Directors and officers liability coverage insurance with Zurich North America_____    $27,070.00_____

8.2 Directors and officers liability coverage insurance with American Insurance Group, Inc. (AIG)_    $175,175.00_____

8.3 Directors and officers liability coverage insurance with Arch Insurance Company_____    $140,140 .00_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $ 342,385.00_____ |

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........➜    $_____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   $9,433,050.94_____ – Undetermined_____ = ........➜    $ Undetermined_____
                         face amount             doubtful or uncollectible accounts
                                                 **SEE GLOBAL NOTES**

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ Undetermined_____ |

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below. See attached for complete infromation.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. N/A_____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                   % of ownership:

    15.1. SEE ATTACHED AT BOTTOM OF FORM_____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $ 1,100_____ |

| Debtor | CQC Impact Investors LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0 _____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

| Debtor | CQC Impact Investors LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor ___CQC Impact Investors LLC_____     Case number _(if known)_____
        Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1_____  $_____  _____  $_____

    47.2_____  $_____  _____  $_____

    47.3_____  $_____  _____  $_____

    47.4_____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1_____  $_____  _____  $_____

    48.2_____  $_____  _____  $_____

49. **Aircraft and accessories**

    49.1_____  $_____  _____  $_____

    49.2_____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____  $_____  _____  $_____

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.     $0_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Debtor | CQC Impact Investors LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0_____

| Debtor | CQC Impact Investors LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:  All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➡  $_____

Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**

_____  $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim    _____

Amount requested   $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim    _____

Amount requested   $_____

**76. Trusts, equitable or future interests in property**

_____  $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $_____

_____  $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   CQC Impact Investors LLC
         _____        Case number *(if known)*_____
         Name

---

| **Part 12:** | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 36,981.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 342,385.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ Undetermined  **SEE GLOBAL NOTES** | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 1,100 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 380,466.95 | ✚ 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................   $ 380,466.95

---

Debtor    CQC Impact Investors LLC
          Name
                                                    Case number (if known)

# ATTACHMENT FOR PART 4, QUESTION 15:

 **Part 4:**    **Investments**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity | Percent ownership | Current value of debtor's interest |
|---|---|---|
| 15.1. C-Quest Capital LLC | 100% | Minimal |
| 15.2. C-Quest Capital South Asia Holdings Pte Limited | 100% | $100 |
| 15.3. C-Quest Capital SG LPG Pte Limited | 100% | $100 |
| 15.4. C-Quest Capital Africa Fuels Holdings Pte Limited | 100% | $100 |
| 15.5. C-Quest Capital SG NBS GA Pte Limited | 100% | $100 |
| 15.6. C-Quest Capital SG NBS XP Pte Limited | 100% | $100 |
| 15.7. C-Quest Capital SEA NBS 1 Pte Limited | 100% | $100 |
| 15.8. C-Quest Capital SG PH Stoves Pte Limited | 100% | $100 |
| 15.9. C-Quest Capital SG AH Stoves Pte Limited | 100% | $100 |
| 15.10. C-Quest Capital SG India Holdings Pte Limited | 100% | $200 |
| 15.11. C-Quest Capital I-AWD Pte Limited | 100% | $100 |

**TOTAL:**    $1,100

**Fill in this information to identify the case:**

Debtor name _CQC Impact Investors LLC_

United States Bankruptcy Court for the: _District of Delaware_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|
| SAF CQC Holdings Limited | All Equity Interests in C-Quest Capital LLC, all accounts, chattel paper, deposit accounts, documents, equipment, general intangibles, Intellectual Property, IP Licenses, instruments, inventory, investment property, letter of credit rights and supporting obligations. | $ 7,725,000  $ Unknown |

**Creditor's mailing address**

1011 Walnut Street, Suite 400
Boulder, CO 80302

**SEE GLOBAL NOTES**

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|
| | | $_____  $_____ |

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 7,725,000.00

**Fill in this information to identify the case:**

Debtor _____CQC Impact Investors LLC_____

United States Bankruptcy Court for the: ___District of Delaware___

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service

1111 Constitution Ave. NW

Washington, DC 20224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  $ Unknown

Priority amount  $_____

SEE GLOBAL NOTES

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.2** Priority creditor's name and mailing address
DC Office of Tax and Revenue

1101 4th Street SW, Suite 240

Washington, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown                  $_____

SEE GLOBAL NOTES

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.3** Priority creditor's name and mailing address
California Franchise Tax Board

P.O. Box 942857

Sacramento, CA 94257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown                  $_____

SEE GLOBAL NOTES

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    CQC Impact Investors LLC
_____    Case number (if known) _____
            Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
Consilo LLC

1828 L Street NW, Suite 1070

Washington, DC 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 53,691.56

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
Crowell & Moring LLP

Two Manhattan West, 375 Ninth Avenue

New York, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 84,945.20

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address
David M. Williamson

1001 Connecticut Avenue NW, Suite 612

Washington, DC 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

$ Undetermined

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address
FTI Consulting Technology LLC

555 12th Street, Suite 700

Washington, DC 20004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 365,727.45

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
Kenneth Newcombe

4452 Via Esperanza

Santa Barbara, CA 93110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$ 987,797.63

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
Law Office of Daniel F. Wachtell

90 Broad Street, 23rd Floor

New York, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 30,000.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor CQC Impact Investors LLC
Name

Case number *(if known)*_____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Mishcon De Reya LLP

Africa House, 70 Kingsway

London, WC2B 6AH

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 32,792.11

---

**3.8** Nonpriority creditor's name and mailing address

RSM US LLP

4650 East 53rd Street

Davenport, IA 52807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 163,450.65

---

**3.9** Nonpriority creditor's name and mailing address

SAF CQC Holdings Limited

1011 Walnut Street, Suite 400

Boulder, CO 80302

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ No less than $110,000,000.00

**SEE GLOBAL NOTES**

---

**3.10** Nonpriority creditor's name and mailing address

Zuckerman Spaeder LLP

1800 M Street, Suite 400

Washington, DC 20026

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 268,041.12

---

**3.11** Nonpriority creditor's name and mailing address

C-Quest Capital LLC

1015 18th Street NW, Suite 730

Washington, DC 20036

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,171,373.11

**SEE GLOBAL NOTES**

---

Debtor    CQC Impact Investors LLC _____    Case number (if known)_____
          Name

| 3.12 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 298,615.71 |
|---|---|---|---|---|

Kobre & Kim LLP

800 Third Avenue

New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,161.25 |
|---|---|---|---|---|

American Arbitration Association

120 Broadway, 21st Floor

New York, NY 10271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or date debts was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|---|

Rajah & Tann Singapore LLP

9 Straits View

Singapore, 018937

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|---|

Covington & Burling LLP

850 Tenth Street, NW

Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    CQC Impact Investors LLC                   Case number *(if known)*_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ Unknown |
| 5b. **Total claims from Part 2** | 5b. | + $112,290,222.68 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $112,290,222.68 |

**Fill in this information to identify the case:**

Debtor name  CQC Impact Investors LLC

United States Bankruptcy Court for the: District of Delaware

Case number (If known): _____    Chapter   7

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Transition services agreement | Bridge Garbon Limited<br>Tmf Group 13th Floor, One Angel Court<br>London EC2R 7HJ UK |
| | State the term remaining | No fixed termination date. The parties may terminate pursuant to terms of the agreement. | C-Quest Capital LLC |
| | List the contract number of any government contract | | 1015 18th St NE Ste 730, Washington DC 20036 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |

Debtor name _CQC Impact Investors LLC_ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

United States Bankruptcy Court for the: _District of Delaware_ ___

Case number (If known): ___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 C-Quest Capital LLC | 1015 18th Street NW<br>Street<br>Suite 730<br>Washington DC, 20036<br>City    State    ZIP Code | Kobre & Kim LLP | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 CQC Marketing LLC | 1015 18th Street NW<br>Street<br>Suite 730<br>Washington DC, 20036<br>City    State    ZIP Code | Kobre & Kim LLP | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Transformation Advisory LLC | 1015 18th Street NW<br>Street<br>Suite 730<br>Washington DC, 20036<br>City    State    ZIP Code | Kobre & Kim LLP | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___CQC Impact Investors LLC___

United States Bankruptcy Court for the: ___District of Delaware___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed On ___02/27/2025___        ✗ ___/s/ Roger Meltzer_____
MM / DD / YYYY                            Signature of individual signing on behalf of debtor

Roger Meltzer_____
Printed name

Interim Executive Chairman_____
Position or relationship to debtor