**United States Bankruptcy Court**
**District of Delaware**

In re      **CQC Impact Investors LLC**                                                    Case No.
                                    Debtor(s)                                               Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Executive Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    03/03/2025                                       */s/ Roger Meltzer*
                                                          Roger Meltzer/Interim Executive Chairman
                                                          Signer/Title

*AMERICAN ARBITRATION ASSOCIATION*
120 Broadway, 21st Floor
New York, NY 10271

*CALIFORNIA FRANCHISE TAX BOARD*
P.O. Box 942857
Sacramento, CA 94257

*CONSILLO LLC*
1828 L Street NW, Suite 1070
Washington, DC 20036

*COVINGTON & BURLING LLP*
850 Tenth Street, NW
Washington, DC 20001

*CROWELL & MORING LLP*
Two Manhattan West, 375 Ninth Avenue
New York, NY 10001

*C-QUEST CAPITAL LLC*
1015 18th Street NW, Suite 730
Washington, DC 20036

*DAVID M. WILLIAMSON*
1001 Connecticut Avenue NW, Suite 612
Washington, DC 20036

*DC OFFICE OF TAX AND REVENUE*
1101 4th Street SW, Suite 240
Washington, DC 20024

*FTI CONSULTING TECHNOLOGY LLC*
555 12th Street NW, Suite 700
Washington, DC 20004

*INTERNAL REVENUE SERVICE*
1111 Constitution Ave. NW
Washington, DC 20224

*KENNETH NEWCOMBE*
4452 Via Esperanza
Santa Barbara, CA 93110

*KOBRE & KIM LLP*
800 Third Avenue
New York, NY 10022

*LAW OFFICE OF DANIEL F. WACHTELL*
90 Broad Street, 23rd Floor
New York, NY 10004

*MISCHON DE REYA LLP*
Africa House
70 Kingsway
London, WC2B 6AH

*RAJAH & TANN SINGAPORE LLP*
9 Straits View
Singapore, 018937

*RSM US LLP*
4650 East 53rd Street
Davenport, IA 52807

*SAF CQC HOLDINGS LIMITED*
1011 Walnut Street, Suite 400
Boulder, CO 80302

*ZUCKERMAN SPAEDER LLP*
1800 M Street NW, Suite 1000
Washington, DC 20036