## **EXHIBIT A**

**Miller Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CQC Impact Investors LLC,<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-10316-JKS |
| In re:<br><br>C-Quest Capital LLC,<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-10317-JKS |
| In re:<br><br>Transformation Advisory LLC,<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-10318-JKS |
| In re:<br><br>CQC Marketing LLC,<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-10319-JKS |
| In re:<br><br>C-Quest Capital Africa LLC,<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-10320-JKS |

**DECLARATION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER PROVIDING FOR THE JOINT ADMINISTRATION OF CHAPTER 7 CASES**

I, George L. Miller, the Chapter 7 Trustee for the estates of the above-captioned Debtors, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. On February 27, 2025, each of the above-captioned Debtors filed with this Court a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2. I have been appointed the interim Chapter 7 Trustee of the Debtors' bankruptcy estates. The section 341(a) meeting of creditors is scheduled to be held on March 26, 2025.

3. I anticipate there will be numerous notices, applications, motions, other pleadings, hearings, and orders in these cases that will affect all of the Debtors.

4. The failure to administer these cases jointly would result in numerous duplicative pleadings filed for each issue and served upon separate service lists. Such duplication of substantially identical documents would be wasteful and would unnecessarily overburden the Clerk of Court with the volume of paper.

5. Joint administration of these chapter 7 cases will permit the Clerk of Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates.

6. Joint administration also will protect parties in interests by ensuring that such parties in interest in each of the Debtors' respective chapter 7 cases will be apprised of the various matters before the Court in all of the cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: March 11, 2025

GEORGE L. MILLER
Chapter 7 Trustee