**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> CQC Impact Investors LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-10316-JKS |
| In re: <br><br> C-Quest Capital LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-10317-JKS |
| In re: <br><br> Transformation Advisory LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-10318-JKS |
| In re: <br><br> CQC Marketing LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-10319-JKS |
| In re: <br><br> C-Quest Capital Africa LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-10320-JKS |

**ORDER DIRECTING THE JOINT ADMINISTRATION OF CHAPTER 7 CASES**

This matter coming before the Court on the Motion of the Chapter 7 Trustee for entry of an Order pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 1015(b), and Local Rule 1015-1

directing the joint administration of the above-captioned chapter 7 cases (the "Motion")[1]; the Court having reviewed the Motion and the Declaration of George L. Miller in support of the Motion; the Court having found that (i) the District of Delaware has jurisdiction to consider this matter, which has been referred to this Court, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) the relief requested is in the best interests of the Debtors' estate, and (iv) notice of the Motion was good and sufficient under the circumstances and no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; IT IS HEREBY ORDERED THAT:

1.  The Motion is granted.

2.  In accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above captioned chapter 7 cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

3.  The caption of the jointly administered chapter 7 cases shall read as follows (footnote included):

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 7 |
|---|---|
| CQC Impact Investors LLC, *et al.*, | Case No. 25-10316-JKS |
| Debtors.[1] | (Jointly Administered) |

[1] The Debtors in these chapter 7 cases, and the last four digits of the federal tax identification numbers for the Debtor entities that have been assigned such numbers, are CQC Impact Investors LLC (6679), C-Quest Capital LLC (6686), Transformation Advisory LLC, CQC Marketing LLC, and C-Quest Capital Africa LLC.

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

4. No party shall be required to list any further information beyond that set forth above in pleadings filed in these chapter 7 cases.

5. All original docket entries shall be made in the case of *CQC Impact Investors LLC, et al.*, Case No. 25-10316 (JKS), and the Clerk of this Court is directed to forthwith make a separate docket entry in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 7 cases commenced by CQC Impact Investors LLC and its affiliates, in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 25-10316 (JKS).

6. Nothing contained in the Motion or in this Order shall be construed to cause substantive consolidation of these chapter 7 cases.

7. The Trustee is hereby authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 11th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE