# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 03/27/2025
Case: 25−10316−JKS     Form ID: van043     Total: 25

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Bryan J Hall | hall@chipmanbrown.com |
| aty | Stephen J. Astringer | stephen.astringer@kobrekim.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | CQC Impact Investors LLC | 1015 18th Street NW Suite 730 | Washington, DC 20036 |
| tr | George L. Miller | 1628 John F. Kennedy Blvd. Suite 950 | Philadelphia, PA 19103−2110 |
| 19713713 | AMERICAN ARBITRATION ASSOCIATION | 120 Broadway, 21st Floor | New York, NY 10271 |
| 19713718 | C−QUEST CAPITAL LLC | 1015 18th Street NW, Suite 730 | Washington, DC 20036 |
| 19713714 | CALIFORNIA FRANCHISE TAX BOARD | P.O. Box 942857 | Sacramento, CA 94257 |
| 19713715 | CONSILLO LLC | 1828 L Street NW, Suite 1070 | Washington, DC 20036 |
| 19713716 | COVINGTON & BURLING LLP | 850 Tenth Street, NW | Washington, DC 20001 |
| 19713717 | CROWELL & MORING LLP | Two Manhattan West, 375 Ninth Avenue | New York, NY 10001 |
| 19713719 | DAVID M. WILLIAMSON | 1001 Connecticut Avenue NW, Suite 612 | Washington, DC 20036 |
| 19713720 | DC OFFICE OF TAX AND REVENUE | 1101 4th Street SW, Suite 240 | Washington, DC 20024 |
| 19713732 | Department of Labor | Division of Unemployment Insurance P.O. Box 9953 | Wilmington, DE 19809 |
| 19713721 | FTI CONSULTING TECHNOLOGY LLC | 555 12th Street NW, Suite 700 | Washington, DC 20004 |
| 19713722 | INTERNAL REVENUE SERVICE | 1111 Constitution Ave. NW | Washington, DC 20224 |
| 19713723 | KENNETH NEWCOMBE | 4452 Via Esperanza | Santa Barbara, CA 93110 |
| 19713724 | KOBRE & KIM LLP | 800 Third Avenue | New York, NY 10022 |
| 19713725 | LAW OFFICE OF DANIEL F. WACHTELL | 90 Broad Street, 23rd Floor | New York, NY 10004 |
| 19713726 | MISCHON DE REYA LLP | Africa House 70 Kingsway | London, WC2B 6AH |
| 19713727 | RAJAH & TANN SINGAPORE LLP | 9 Straits View | Singapore, 018937 |
| 19713728 | RSM US LLP | 4650 East 53rd Street | Davenport, IA 52807 |
| 19713729 | SAF CQC HOLDINGS LIMITED | 1011 Walnut Street, Suite 400 | Boulder, CO 80302 |
| 19713731 | State of Delaware | Division of Revenue 820 N. French Street, 8th Floor | Wilmington, DE 19801−0820 |
| 19713730 | ZUCKERMAN SPAEDER LLP | 1800 M Street NW, Suite 1000 | Washington, DC 20036 |

TOTAL: 22