# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CQC Impact Investors LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 25-10316-JKS <br> (Jointly Administered) <br><br> **Re: D.I. 28** |

**ORDER GRANTING THE MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. § 105(a), FED. R. BANKR. P. 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF HSBC BANK USA, INC.**

Upon consideration of the Motion of George L. Miller, solely in his capacity as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of the above-captioned Debtors, for entry of an order pursuant to section 105(a) of title 11 of the United States Code, Rule 2004 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2004-1 authorizing the Trustee to issue a subpoena to HSBC Bank USA, Inc. ("HSBC") for the production of documents related to the topics identified on <u>Exhibit A</u> to this Order (the "Examination Topics") and for any deposition testimony needed to clarify questions regarding the Examination Topics and the documents produced; and the Court having found that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157; (b) notice of the Motion and the hearing was sufficient under the circumstances; (c) the relief requested in the Motion is in the best interests of the Debtors, their estate, creditors, and other parties in interest; and after due

---

[1] The Debtors in these chapter 7 cases, and the last four digits of the federal tax identification numbers for the Debtor entities that have been assigned such numbers, are CQC Impact Investors LLC (6679), C-Quest Capital LLC (6686), Transformation Advisory LLC, CQC Marketing LLC, and C-Quest Capital Africa LLC.

deliberation thereon; and good and sufficient cause appearing therefor; it is hereby IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Trustee is authorized to subpoena HSBC for the production of documents related to the Examination Topics.

3. To the extent the Trustee has questions regarding the document productions, the Trustee may serve subpoenas on HSBC seeking oral testimony.

4. Following a good faith effort to meet and confer, any motion to quash or motion to compel may be filed in this Court as the court for the district where compliance is required. Any such motion must be filed in accordance with this Court's chambers procedures and the Local Rules.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: July 18th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE