# EXHIBIT A

## Examination Topics

## HSBC Bank USA, Inc.

**Defined terms:**

"Examination Period" means any and all periods between February 27, 2021 and the date of entry of the Order to which this Exhibit A is attached. If any Debtor Account was opened after February 27, 2021, then the date on which such Debtor Account was opened should be used as the starting date in place of February 27, 2021.

"Debtor Accounts" means the following accounts at HSBC Bank USA, Inc.:

| Debtor/Accountholder | Description | Account # (last four digits) |
|---|---|---|
| CQC Impact Investors LLC | CN4 Analyzed Business Chkg | -4856 |
| CQC Impact Investors LLC | Svr Select Investor Bus II | -5780 |
| C-Quest Capital LLC | CN4 Analyzed Business Chkg | -7473 |
| Transformation Advisory LLC | CN4 Analyzed Business Chkg | -2993 |
| Transformation Advisory LLC | CN4 Analyzed Business Chkg | -3094 |
| Transformation Advisory LLC | CN4 Analyzed Business Chkg | -3442 |
| Transformation Advisory LLC | CN4 Analyzed Business Chkg | -3795 |
| Transformation Advisory LLC | CN4 Analyzed Business Chkg | -3817 |
| Transformation Advisory LLC | CN4 Analyzed Business Chkg | -4155 |
| Transformation Advisory LLC | CN4 Analyzed Business Chkg | -4414 |

**Requested documents:**

1. Copies of all account statements for each of the Debtor Accounts during all periods within the Examination Period.

2. Copies of all wire transfer/ACH confirmations for each of the Debtor Accounts during all periods within the Examination Period.

3. Copies of all cancelled checks for each of the Debtor Accounts during all periods within the Examination Period.