# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CQC Impact Investors LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10316-JKS<br>(Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING

The Court has scheduled the following omnibus hearing in the above-captioned chapter 7 cases:

**Date and Time**

December 2, 2025
at 11:00 a.m. (Eastern Time)

**Location**

United States Bankruptcy Court
District of Delaware
5th Floor, Courtroom #6
824 N. Market Street
Wilmington, Delaware 19801

Dated: October 14th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE